ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHA DANIEL GRALFS,

Defendant.

CASE NO. 1:26-CR-00127-JLT-SAB

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: November 4, 2026
TIME: 1:00 p.m.
COURT: Hon. Stanley A. Boone

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 4, 2026.

2. By this stipulation, the parties now move to continue the status conference to January 20, 2027, and to exclude time between November 4, 2026, and January 20, 2027.

3. The parties agree and stipulate, and respectfully request that the Court find the following:

a) On September 11, 2026, the Court signed an order substituting the undersigned defense counsel in place of defendant's prior counsel.

b) The government has represented that the discovery associated with this case includes reports of investigations in both the United States and Mexico, interview notes, and social media posts. All of this discovery has been produced to counsel.

c) Plea negotiations between the parties are underway. Counsel for the defendant requires additional time to conduct a defense investigation that would substantially affect the plea negotiations.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, given the given the complexities of the defense investigation. The failure to grant the above-requested continuance would also hinder defense counsel's ability to secure a speedy resolution to the defendant's case.

e) The requested continuance is also necessary because counsel for defendant is scheduled to begin a multi-count, life-top felony jury trial on November 2, 2026, in Calaveras County[1]. That defendant is in custody. The trial is scheduled to last a minimum of three weeks, involves two minor victims and voluminous testimonial evidence.

f) The above-requested extension is the first request for a continuance in this case.

g) The government does not object to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2026 to January 20, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

[1] State of California v. Thongelaune Phovisay, Calaveras County docket 24F8896.

Dated: October 27, 2026

ERIC GRANT
United States Attorney

/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

Dated: October 27, 2026

/s/ Mary Ann F. Bird
Mary Ann F. Bird
Counsel for Defendant
Micha Daniel Gralfs

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED that the November 4, 2026, status conference before this Court in case number 1:26-cr-00127-JLT-SAB is continued to January 20, 2027, before this Court with time between November 4, 2026, and January 20, 2027, excluded under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge